41 So.2d 411
**SEABOARD SURETY CO. v. FIRST NA-.**
**TIONAL BANK OF BIRMINGHAM.**
**6 Div. 907.**

Supreme Court of Alabama.
June 23, 1949.

London & Yancey, George W. Yancey, and James E. Clark, all of Birmingham, for petitioner.

Cabaniss & Johnston, E. T. Brown, Jr., and Meade Whitaker, all of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Seabord Surety Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Seaboard Surety Co. v. First National Bank of Birmingham, 41 So.2d 411.

Writ denied.

FOSTER, LAWSON, and STAKELY, JJ., concur.